```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FELTENSTEIN,

                Plaintiff,

v.

BRONX PARKING DEVELOPMENT COMPANY, LLC,

                Defendant.

22-CV-4704 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed her complaint in this action on June 6, 2022. Service of the summons and complaint therefore had to be made on Defendant on or before September 4, 2022. *See* Fed. R. Civ. P. 4(m). As of today's date, no proof of service has been filed. Plaintiff shall serve Defendant on or before October 21, 2022 and file proof of service on the docket. If service is not effectuated by that date, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 21, 2022
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge