UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

JENNIFER FELTENSTEIN,

                Plaintiff,

      v.

BRONX PARKING DEVELOPMENT COMPANY, LLC,

                Defendant.

No. 22-cv-04704 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff served Defendant Bronx Parking Development Company, LLC on October 1, 2022. Dkt. 7. The Defendant has not answered the Complaint or otherwise appeared. Plaintiff has sought and received a Certificate of Default from the Clerk of Court with respect to the Defendant. Dkts. 8, 10. No later than October 26, 2022, Plaintiff shall notify the Court whether she intends to move for default judgment. If Plaintiff wishes to do so, she should refer to Attachment A of this Court's Individual Rules & Practices in Civil Cases, as well as Local Civil Rule 55.2 for the procedures to do so.

SO ORDERED.

Dated:    October 12, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge