```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FELTENSTEIN,

                Plaintiff,

      v.

BRONX PARKING DEVELOPMENT COMPANY, LLC,

                Defendant.

No. 22-cv-4704 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 23, 2022, upon request by the parties, the Court referred this matter to the Court-annexed Mediation Program. Mediation conferences were held on March 7, 2023, April 21, 2023, and May 30, 2023. No further activity has taken place on the docket. No later than July 12, 2023, the parties shall file a joint status letter advising the Court whether the mediation was successful, and if not, proposing next steps in this action.

SO ORDERED.

Dated:    July 5, 2023
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge