# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

September 8, 2023

Via ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Re:    *Jennifer Feltenstein v. Bronx Parking Development Company, LLC*

**Docket No. 1:22-cv-04704 (RA)(VF)**

Dear Judge Abrams:

We represent the plaintiff in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court for a Final extension of the deadline to make an application to reopen this action by 30 days.  The reason for this request is because the parties require the additional time to fulfill the condition precedents for dismissal of this action.  This is the second and final application to extend the deadline and all parties consent.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Application granted.

SO ORDERED.

/s/

Glen H. Parker, Esq.

Hon. Ronnie Abrams
September 11, 2023